**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**                                                    **Case No.: 20−41250 − A399**
Steven John Gymer Sr                                          **Chapter: 7**

**Debtor(s)**

### DISCHARGE OF DEBTOR(S)

It appearing that the debtor(s) is/are entitled to a discharge,

**IT IS ORDERED THAT:**

The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

The holder of any claim for unpaid pre−petition child support is entitled to have the Trustee provide such creditor with notice of the creditor's right to use the services of the state child support enforcement agency and supply such creditor with the address and telephone number of the state child support enforcement agency and an explanation of the creditor's rights to payment in the bankruptcy case. Any creditor may request such notice and information by writing the Trustee. Such creditor is further entitled to have the Trustee provide the creditor with (i) notice of the granting of the discharge, (ii) any last known address of the debtor, (iii) the debtor's most recent employer, and (iv) information concerning other claims on which the debtor may be liable following the discharge. Failure to request such information from the Trustee shall be a waiver of the right to receive such notice from the Trustee.

                                                    BY THE COURT

                                                    *Barry S Schermer*

                                                    **U. S. Bankruptcy Judge**

**Dated:** 7/8/20
**St. Louis, Missouri**
Rev. 12/17 3180

**SEE PAGE 2 OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. This discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes applicable only to cases filed after October 17, 2005;

c. Debts that are domestic support obligations applicable only to cases filed after October 17, 2005;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for most personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtors in time to permit the creditor to file a proof of claim, if required, or file a timely request to determine dischargeability;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans applicable only to cases filed after October 17, 2005.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                          Eastern District of Missouri
In re:                                                    Case No. 20-41250-bss
Steven John Gymer, Sr                                     Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0865-4          User: admin              Page 1 of 2          Date Rcvd: Jul 09, 2020
                              Form ID: 3180            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db             +Steven John Gymer, Sr,   6101 Savio Dr,   Saint Louis, MO 63123-2760
cr             +First National Bank of Waterloo,   1421 North Main,   P.O. Box 497,   Columbia, IL 62236-0497
24475802       +Blitt & Gaines,   707 N. 2nd Street,   Suite 306,   St. Louis, MO 63102-2535
24475806        Credit Control, LLC,   P.O. Box 546,   Hazelwood, MO 63042-0546
24475807       +D & A Services, LLC,   1400 E. Touhy Ave.,   Suite G2,   Des Plaines, IL 60018-3338
24475808       +ERC,   P.O. Box 1259, Dept. 98696,   Oaks, PA 19456-1259
24475809       +First National Bank of Waterloo,   P.O. Box 507,   Waterloo, IL 62298-0507
24475812        Mercantile Adjustment Bureau,   P.O. Box 9055,   Williamsville, NY 14231-9055
24475814       +Schmersahl Treloar & Co.,   10805 Sunset Office Drive,   Ste. 400,   St. Louis, MO 63127-1028
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTABROWN.COM Jul 10 2020 07:23:00      Tracy A. Brown,   1034 S. Brentwood Blvd., Ste 1830,
                 St. Louis, MO 63117-1284
24475803        EDI: RMSC.COM Jul 10 2020 07:23:00      BP Visa/Synchrony Bank,   P.O. Box 530942,
                 Atlanta, GA 30353-0942
24475799        EDI: BANKAMER.COM Jul 10 2020 07:23:00      Bank of America,   P.O. Box 851001,
                 Dallas, TX 75285-1001
24475800        EDI: BANKAMER.COM Jul 10 2020 07:23:00      Bank of America NA,   P.O. Box 851001,
                 Dallas, TX 75285-1001
24475804        EDI: CITICORP.COM Jul 10 2020 07:23:00      Citi Cards,   P.O. Box 78045,
                 Phoenix, AZ 85062-8045
24475805        EDI: CITICORP.COM Jul 10 2020 07:23:00      Citibank,   P.O. Box 78045,   Phoenix, AZ 85062-8045
24475810        EDI: IRS.COM Jul 10 2020 07:23:00      Internal Revenue Service,   P.O. Box 66778,   STOP5334STL,
                 Saint Louis, MO 63166
24475811       +E-mail/Text: bncnotices@becket-lee.com Jul 10 2020 03:36:12      Kohl's,   P.O. Box 1456,
                 Charlotte, NC 28201-1456
24475813       +E-mail/Text: ecfnotices@dor.mo.gov Jul 10 2020 03:35:59      Missouri Department of Revenue,
                 Bankruptcy Unit,   P.O. Box 475,   301 West High Street,   Jefferson City, MO 65105-0475
24476659       +EDI: PRA.COM Jul 10 2020 07:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
24475815        EDI: USBANKARS.COM Jul 10 2020 07:23:00      US Bank,   P.O. Box 790084,
                 St. Louis, MO 63179-0084
24475816       +EDI: WFFC.COM Jul 10 2020 07:23:00      Wells Fargo,   3440 Flair Ave.,
                 El Monte, CA 91731-2883
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Tracy A. Brown,   1034 S. Brentwood Blvd., Ste 1830,   St. Louis, MO 63117-1284
cr*            +PRA Receivables Management LLC,   PO Box 41021,   Norfolk, VA 23541-1021
24475801*       Bank of America, NA,   P.O. Box 851001,   Dallas, TX 75285-1001
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Deborah J. Volmert    on behalf of Creditor    First National Bank of Waterloo
               debbievolmert@hanna-and-volmert.com
              Office of US Trustee    USTPRegion13.SL.ECF@USDOJ.gov
              Robert E. Eggmann    on behalf of Debtor Steven John Gymer, Sr ree@carmodymacdonald.com,
               thr@carmodymacdonald.com;ala@carmodymacdonald.com;syd@carmodymacdonald.com
              Tracy A. Brown    on behalf of Trustee Tracy A. Brown tab7@bktab.com,
               txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com;nevercheck
               999@gmail.com
```

```
District/off: 0865-4          User: admin           Page 2 of 2           Date Rcvd: Jul 09, 2020
                              Form ID: 3180         Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Tracy A. Brown    tab7@bktab.com,
         txmotb@sbcglobal.net;dgibson7@bktab.com;TABtrusteeatty@bktab.com;tbrown@ecf.axosfs.com;nevercheck999@gmail.com

TOTAL: 5